IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FERNANDO TARTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:23cv410-MHT |
| ) | (WO) |
| CHRISTINE WHYNOTT and ) | |
| IONATHOR HAMILTON, ) | |
| ) | |
| Defendants. ) | |

DISMISSAL ORDER

Upon consideration of plaintiff's filing (Doc. 4), in which he states that he wishes to dismiss this case, and which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All pending motions are denied as moot.

This case is closed.

DONE, this the 31st day of July, 2023.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE